[No. 30912-2-II.   Division Two.   December 14, 2004.]

MICHAEL W. DUTTON, *Appellant*, v. THE BOARD OF PHARMACY, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00020-2, Wm. Thomas McPhee, J., entered September 26, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintall, C.J., and Morgan, J.

[No. 30934-3-II.   Division Two.   December 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL HUBERT KLEWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05916-5, D. Gary Steiner, J., entered October 1, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31040-6-II.   Division Two.   December 14, 2004.]

JAMES B. SHINN, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-08070-4, Stephanie A. Arend, J., entered October 31, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 21551-2-III.   Division Three.   December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH A. MABRY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-1-00315-7, Donald W. Schacht, J., entered October 7, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.